IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KEVIN LEE GRADY, SR., #16001-040** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16−cv−1270−JPG |
| | ) |
| **NATHON BENNETT,** | ) |
| **SHAWN WHITECOTTON,** | ) |
| **M. WINN,** | ) |
| **JEFFERY POWERS,** | ) |
| **UNITED STATES OF AMERICA,** | ) |
| and **JOHN & JANE DOE,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED with prejudice**, the parties to bear their own costs. This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g).

**DATED**: March 2, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
                Deputy Clerk

APPROVED: *s/J. Phil Gilbert*
                United States District Judge